IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAHMIRAH BROWN | : | CIVIL ACTION |
|     Plaintiff | : | |
| | : | |
| v. | : | NO. 21-5687 |
| | : | |
| JPMCB CARD | : | |
|     Defendant | : | |

## NOTICE

To:     Counsel of Record

TAKE NOTICE that a **Telephone Status Conference** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Wednesday, February 22, 2023 at 3:00 p.m.** Counsel for the parties shall dial 888-363-4735; Access Code – 6728493 to connect to Chamber's Bridge Line.

        /s/ Sharon Scott
        Sharon Scott, Deputy Clerk
        Judge David R. Strawbridge
        267-299-7790

Date:   February 22, 2023

-Notice filed via ECF